

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-50,789-06

## IN RE JEFFERY ALAN RICHIE, Relator

### ON APPLICATION FOR A WRIT OF MANDAMUS FROM WHARTON COUNTY

*Per curiam*.

## O R D E R

Relator has filed a motion for leave to file an application for a writ of mandamus under this Court's original jurisdiction. He contends that he attempted to file an application for a writ of habeas corpus in Wharton County on or about October 1, 2021, but that the District Clerk has not filed the application or notified him of the filing.

Respondent, the District Clerk of Wharton County, shall state whether Relator's application has been received, and if so whether it has been filed. If the application was received but not filed, the District Clerk shall state why the application was not filed. See TEX. CODE CRIM. PROC. ARTS. 2.21(a)(1), 11.07 §3(b). This motion for leave to file will be held. Respondent shall comply with this order within thirty days from the date of this order.

Filed:  December 15, 2021

Do not publish